IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DRALON DURAN PATTERSON,<br>TDCJ No. 2378876,<br><br>    Petitioner,<br><br>V.<br><br>DIRECTOR, TDCJ-CID,<br><br>    Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 3:25-cv-2127-B-BN<br><br>Consolidated with<br>No. 3:25-cv-2207-B-BN |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case (the FCR). An objection was filed by Petitioner. The District Court reviewed *de novo* those portions of the FCR to which objection was made and reviewed the remaining portions for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore DENIES WITHOUT PREJUDICE Petitioner Dralon Duran Patterson's motion for de novo review on the merits [Dkt. No. 17] and motions for summary judgment [Dkt. Nos. 18, 22]. And the Court need not rule on a certificate of appealability as to this denial as it is not a final order in this proceeding. *See* 28 U.S.C. § 2253(c)(1)(A).

SO ORDERED this 20th day of January, 2026.

_____
JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE