IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DRALON DURAN PATTERSON, TDCJ No. 2378876, | § § § | |
| Petitioner, | § § | |
| V. | § § | No. 3: 25-cv-02127-B-BN |
| DIRECTOR, TDCJ-CID, | § § | Consolidated with No. 3:25-cv-2207-B-BN |
| Respondent. | § § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are **accepted** as the Findings and Conclusions of the Court.

Accordingly, Plaintiff's emergency motion for temporary restraining order and request for immediate relief [Dkt. No. 49] is **DENIED**.

SO ORDERED this 26th day of May 2026.

_____
JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE